UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

**SCORPION SECURITY PRODUCTS, INC.,**

       *Plaintiff*,

-vs-

**INVUE SECURITY PRODUCTS, INC.,**

       *Defendant*.

STIPULATION OF DISMISSAL
WITHOUT PREJUDICE

Civil Action No. 3:17-cv-01062-BKS-DEP

**IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned attorneys of record for the appearing parties, that, whereas no party hereto is an infant or incompetent, this case, including all claims and defenses of both parties, should be dismissed without prejudice, with each party to bear its own litigation costs, attorneys' fees, and other expenses arising from or related to this litigation.

BARCLAY DAMON LLP

By:     s/ John D. Cook
        John D. Cook (511491)
        Denis J. Sullivan (512997)

Office and Post Office Address
Barclay Damon Tower
125 East Jefferson Street
Syracuse, New York 13202
Telephone:   (315) 425-2700
Facsimile:   (315) 425-2701

*Attorneys for Plaintiff*
Scorpion Security Products, Inc.

DORITY & MANNING, P.A.

By:     s/ Tim F. Williams
        Tim F. Williams (*pro hac vice*)

Office and Post Office Address
P.O. Box 1449
Greenville, South Carolina 29602-1449
Telephone:   (864) 271-1592
Facsimile:   (864) 233-7342

BOND, SCHOENECK & KING, PLLC
George R. McGuire (509058)
Liza R. Magley (519849)
One Lincoln Center
Syracuse, New York 13202-1355
Telephone:   (315) 218-8000

1

*Attorneys for Defendant*
InVue Security Products, Inc.

IT IS SO ORDERED:

*Brenda K. Sannes*
Brenda K. Sannes
U.S. District Judge

Dated: May 8, 2018
Syracuse, NY